## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROOSEVELT SIMMONS,** | : | **No. 3:14cv1422** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Magistrate Judge Mehalchick)** |
| **DAVID J. EBBERT,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, to wit, this <u>18th</u> day of April 2016, it is hereby **ORDERED**:

1) Petitioner's objections (Doc. 18) to Magistrate Judge Mehalchick's Report & Recommendation (hereinafter "R&R") (Doc. 15) are **OVERRULED**;

2) Magistrate Judge Mehalchick's R&R is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**;

3) Petitioner's motion for summary judgment (Doc. 11) is **DENIED**; and

4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**